**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Rashid Ali Koonce |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Virginia (State) |
| Case number | 17-72074-FJS |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no. (if known):** 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 9649

**Property Address:** 2260 Rock Lake Loop
Virginia Beach, VA 23456

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 6/1/22-7/1/22 2@ 1736.05     (a) $ 3,472.10
b. Total fees, charges, expenses, escrow, and cost outstanding:         + (b) $ _____
c. **Total**. Add lines a and b.                                         (c) $ 3,472.10

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 06/01/2022    Less Suspense - $1,381.38

**Total Due** = $2090.72

| Debtor 1 | Rashid | Ali | Koonce | Case Number (if known) | 17-72074-FJS |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X**  /s/ Todd Rich                                              Date 07/27/2022
       Signature

Print:   Todd Rich,              Bar No. VABN 74296        Title   Bankruptcy Attorney
         First name  Middle Name  Last name

Company: MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address:  3550 Engineering Drive, Suite 260
          Number          Street

          Peachtree Corners, GA 30092
          City          State    Zip Code

Contact phone  404-474-7149           Email:   trich@mtglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Rashid Ali Koonce
2260 Rock Lake Loop
Virginia Beach, VA 23456


**Via CM/ECF electronic service:**
Charles G. Havener
Haven Law Group P.C.
1 Enterprise Parkway
Suite 330
Hampton, VA 23666

Michael P. Cotter
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

Dated: July 27, 2022

    Respectfully submitted,

    By: /s/ Todd Rich
    Todd Rich
    VABN 74296

    MCMICHAEL TAYLOR GRAY, LLC
    Attorney for Creditor
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    Telephone: 404-474-7149
    Facsimile: 404-745-8121
    E-mail: trich@mtglaw.com
    MTG File No.: 22-000513-03

**PAYMENT CHANGES**

| DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|
| 04/01/16 | 1,099.63 | 387.53 | 1,557.89 | Payment listed in POC |
| 03/01/17 | 1,099.63 | 367.53 | 1,467.16 | Payment listed in POC |
| 07/01/17 | 1,099.63 | 387.53 | 1,487.16 | Payment listed in POC |
| 03/01/18 | 1,099.63 | 837.40 | 1,937.03 | NOPC filed with the court |
| 03/01/19 | 1,099.63 | 757.49 | 1,857.12 | NOPC filed with the court |
| 03/01/20 | 1,099.63 | 539.29 | 1,638.92 | NOPC filed with the court |
| 03/01/21 | 1,099.63 | 579.86 | 1,679.49 | NOPC filed with the court |
| 04/01/22 | 1,099.63 | 636.42 | 1,736.05 | NOPC filed with the court |

**Loan Info:**
- Borrower: Koonce
- Date Filed: 6/6/2017
- BK Case #: 17-72074
- APO: 3/1/18-6/1/18, RMP resume 7/1/18
- First Post Petition Due Date: 7/1/2017
- POC covers: 4/1/16-6/1/17

ADV    AQUIRED CORP    ADV

| Date | Amount Rec'd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | APO DATE PAID | APO CREDIT | APO DEBIT | APO SUSPENSE BALANCE | APO PAID TO DATE | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/31/2017 | $1,487.16 | Post | 7/1/17 | 4/1/16 | $1,487.16 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | |
| 10/31/2017 | $1,487.16 | Post | 8/1/17 | 5/1/16 | $1,487.16 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | |
| 11/10/2017 | $1,487.16 | Post | 9/1/17 | 6/1/16 | $1,487.16 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | |
| 12/1/2017 | $1,487.16 | Post | 10/1/17 | 7/1/16 | $1,487.16 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | |
| 1/2/2018 | $1,487.16 | Post | 11/1/17 | 8/1/16 | $1,487.16 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | |
| 2/14/2018 | $1,487.16 | Post | 12/1/17 | 9/1/16 | $1,487.16 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | |
| 3/23/2018 | $1,487.16 | Post | 1/1/18 | 10/1/16 | $1,487.16 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | |
| 4/4/2018 | $571.95 | Pre | | | | $571.95 | | | $0.00 | | | | $0.00 | $0.00 | | | | $571.95 | $571.95 | |
| 5/4/2018 | $1,487.16 | Post | 2/1/18 | 11/1/16 | $1,487.16 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | | | $571.95 | $571.95 | |
| | $603.20 | Pre | | | | $603.20 | | | $0.00 | | | | $0.00 | $0.00 | | | $603.20 | $1,175.15 | $1,175.15 | |
| | $1,497.15 | Post | Suspense | | | | $1,497.15 | | $1,497.15 | | | | $1,497.15 | $0.00 | | | | $1,175.15 | $1,175.15 | |
| **APO entered** | | | | | | | | | | | | | | | | | | | | |
| 6/13/2018 | $603.20 | pre | | | | $603.20 | | | $0.00 | | | | $1,497.15 | $0.00 | | | $603.20 | $1,778.35 | $1,778.35 | |
| | | | Contractual applied | 12/1/16 | | $0.00 | | | $0.00 | | | | $1,497.15 | $0.00 | 4/1/2016 | | | $1,557.89 | $220.46 | $1,778.35 | $387.53 |
| 6/29/2018 | $1,937.03 | Post | 7/1/18 | 1/1/17 | $1,937.03 | $0.00 | | | $0.00 | | | | $1,497.15 | $0.00 | | | | $220.46 | $1,778.35 | |
| 7/2/2018 | $603.20 | Pre | | | | $603.20 | | | $0.00 | | | | $1,497.15 | $0.00 | | | $603.20 | $823.66 | $2,381.55 | |
| 7/13/2018 | $1,562.74 | APO | | | $1,562.74 | $0.00 | | | $0.00 | 3/1/2018 | $1,562.74 | | $3,059.89 | $1,562.74 | | | | $823.66 | $2,381.55 | |
| | | | APO applied | 2/1/17 | | $0.00 | | | $0.00 | | | $1,937.03 | $1,122.86 | $1,562.74 | | | | $823.66 | $2,381.55 | |
| 8/1/2018 | $1,937.03 | Post | 8/1/18 | 3/1/17 | $1,937.03 | $0.00 | | | $0.00 | | | | $1,122.86 | $1,562.74 | | | | $823.66 | $2,381.55 | |
| 8/9/2018 | $603.20 | pre | | | | $603.20 | | | $0.00 | | | | $1,122.86 | $1,562.74 | 5/1/2016 | | $603.20 | $1,426.86 | $2,984.75 | |
| | | | Contractual applied | 4/1/17 | | $0.00 | | | $0.00 | | | | $1,122.86 | $1,562.74 | | | $1,557.89 | $-131.03 | $2,984.75 | $387.53 |
| 8/15/2018 | $1,562.74 | APO | | | $1,562.74 | $0.00 | | | $0.00 | 4/1/2018 | $1,562.74 | | $2,685.60 | $3,125.48 | | | | $-131.03 | $2,984.75 | |
| | | | APO applied | 5/1/17 | | $0.00 | | | $0.00 | | | $1,937.03 | $748.57 | $3,125.48 | | | | $-131.03 | $2,984.75 | |
| 8/24/2018 | $1,937.03 | Post | 9/1/18 | 6/1/17 | $1,937.03 | $0.00 | | | $0.00 | | | | $748.57 | $3,125.48 | | | | $-131.03 | $2,984.75 | |
| 9/6/2018 | $603.20 | Pre | | | | $603.20 | | | $0.00 | | | | $748.57 | $3,125.48 | | | $603.20 | $472.17 | $3,587.95 | |
| 9/14/2018 | $1,562.74 | APO | APO applied | 7/1/17 | $1,562.74 | $0.00 | | | $0.00 | 5/1/2018 | $1,562.74 | $1,937.03 | $374.28 | $4,688.22 | | | | $472.17 | $3,587.95 | |
| 10/1/2018 | $1,937.03 | Post | 10/1/18 | 8/1/17 | $1,937.03 | $0.00 | | | $0.00 | | | | $374.28 | $4,688.22 | | | | $472.17 | $3,587.95 | |
| 10/15/2018 | $1,562.75 | APO | APO applied | 9/1/17 | $1,562.75 | $0.00 | | | $0.00 | 6/1/2018 | $1,562.75 | $1,937.03 | $0.00 | $6,250.97 | | | | $472.17 | $3,587.95 | |
| 11/7/2018 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $1,072.12 | $4,187.90 | |
| 11/15/2018 | $1,937.03 | Post | 11/1/18 | 10/1/17 | $1,937.03 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $1,072.12 | $4,187.90 | |
| 12/6/2018 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $1,672.07 | $4,787.85 | |
| | | | Contractual applied | 11/1/17 | | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | 6/1/2016 | | $1,557.89 | $114.18 | $4,787.85 | $387.53 |
| 1/4/2019 | $1,937.03 | Post | 12/1/18 | 12/1/17 | $1,937.03 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $114.18 | $4,787.85 | |
| 2/6/2019 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $714.13 | $5,387.80 | |
| 2/14/2019 | $1,937.03 | Post | 1/1/19 | 1/1/18 | $1,937.03 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $714.13 | $5,387.80 | |
| 3/25/2019 | $1,937.03 | Post | 2/1/19 | 2/1/18 | $1,937.03 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $714.13 | $5,387.80 | |
| 4/3/2019 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $1,314.08 | $5,987.75 | |
| | | | Contractual applied | 3/1/18 | | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | 7/1/2016 | | $1,557.89 | $-243.81 | $5,987.75 | $387.53 |
| 5/1/2019 | $1,857.12 | Post | 3/1/19 | 4/1/18 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $-243.81 | $5,987.75 | |
| 5/7/2019 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $356.14 | $6,587.70 | |
| 6/6/2019 | $1,199.90 | Pre | | | | $1,199.90 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $1,199.90 | $1,556.04 | $7,787.60 | |
| 6/17/2019 | $1,857.12 | Post | 4/1/19 | 5/1/18 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $1,556.04 | $7,787.60 | |
| 7/17/2019 | $1,857.12 | Post | 5/1/19 | 6/1/18 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $1,556.04 | $7,787.60 | |
| 8/7/2019 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $2,155.99 | $8,387.55 | |
| 8/9/2019 | $1,857.12 | Post | 6/1/19 | 7/1/18 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $2,155.99 | $8,387.55 | |
| 9/4/2019 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $2,755.94 | $8,987.50 | |
| | | | Contractual applied | 8/1/18 | | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | 8/1/2016 | | $1,557.89 | $1,198.05 | $8,987.50 | $387.53 |
| 9/6/2019 | $1,857.12 | Post | 7/1/19 | 9/1/18 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $1,198.05 | $8,987.50 | |
| 9/9/2019 | $1,857.12 | Post | 8/1/19 | 10/1/18 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $1,198.05 | $8,987.50 | |
| 10/4/2019 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $1,798.00 | $9,587.45 | |
| 10/9/2019 | $1,857.12 | Post | 9/1/19 | 11/1/18 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $1,798.00 | $9,587.45 | |
| 11/8/2019 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $2,397.95 | $10,187.40 | |
| 11/27/2019 | $1,857.12 | Post | 10/1/19 | 12/1/18 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $2,397.95 | $10,187.40 | |
| 12/5/2019 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $2,997.90 | $10,787.35 | |
| | | | Contractual applied | 1/1/19 | | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | 9/1/2016 | | $1,557.89 | $1,440.01 | $10,787.35 | $387.53 |
| 12/7/2019 | $1,857.12 | Post | 11/1/19 | 2/1/19 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $1,440.01 | $10,787.35 | |
| 1/7/2020 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $2,039.96 | $11,387.30 | |
| 1/30/2020 | $1,857.12 | Post | 12/1/19 | 3/1/19 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $2,039.96 | $11,387.30 | |
| 2/6/2020 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $2,639.91 | $11,987.25 | |
| | | | Contractual applied | 4/1/19 | | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | 10/1/2016 | | $1,557.89 | $1,082.02 | $11,987.25 | $387.53 |
| 2/26/2020 | $1,857.12 | Post | 1/1/20 | 5/1/19 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $1,082.02 | $11,987.25 | |
| 3/6/2020 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $1,681.97 | $12,587.20 | |
| 3/31/2020 | $1,857.12 | Post | 2/1/20 | 6/1/19 | $1,857.12 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $1,681.97 | $12,587.20 | |
| 4/7/2020 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $2,281.92 | $13,187.15 | |
| 5/1/2020 | $1,638.92 | Post | 3/1/20 | 7/1/19 | $1,638.92 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $2,281.92 | $13,187.15 | |
| 5/7/2020 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $2,881.87 | $13,787.10 | |
| | | | Contractual applied | 8/1/19 | | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | 11/1/2016 | | $1,557.89 | $1,323.98 | $13,787.10 | $387.53 |
| 6/1/2020 | $1,638.92 | Post | 4/1/20 | 9/1/19 | $1,638.92 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $1,323.98 | $13,787.10 | |
| 5/3/2020 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $1,923.93 | $14,387.05 | |
| 6/29/2020 | $1,638.92 | Post | 5/1/20 | 10/1/19 | $1,638.92 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $594.75 | $2,518.68 | $14,981.80 | |
| 7/6/2020 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $3,118.63 | $15,581.75 | |
| 7/31/2020 | $1,638.92 | Post | 6/1/20 | 11/1/19 | $1,638.92 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $3,118.63 | $15,581.75 | |
| 8/7/2020 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $3,718.58 | $16,181.70 | |
| 8/24/2020 | $1,638.92 | Post | 7/1/20 | 12/1/19 | $1,638.92 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $3,718.58 | $16,181.70 | |
| 9/4/2020 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.95 | $4,318.53 | $16,781.65 | |
| | | | Contractual applied | 1/1/20 | | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | 12/1/2016 | | $1,557.89 | $2,760.64 | $16,781.65 | $387.53 |
| 9/24/2020 | $1,638.92 | Post | 8/1/20 | 2/1/20 | $1,638.92 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $2,760.64 | $16,781.65 | |
| 10/9/2020 | $599.95 | Pre | | | | $599.95 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $600.15 | $3,360.79 | $17,381.80 | |
| 10/26/2020 | $1,638.92 | Post | 9/1/20 | 3/1/20 | $1,638.92 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $3,360.79 | $17,381.80 | |
| 11/4/2020 | $594.75 | pre | | | | $594.75 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $599.75 | $3,960.54 | $17,981.55 | |
| | | | Contractual applied | 4/1/20 | | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | 1/1/2017 | | $1,557.89 | $2,402.65 | $17,981.55 | $387.53 |
| 11/20/2020 | $1,638.92 | Post | 10/1/20 | 5/1/20 | $1,638.92 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $2,402.65 | $17,981.55 | |
| 12/14/2020 | $1,189.50 | Pre | | | | $1,189.50 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $1,189.50 | $3,592.15 | $19,171.05 | |
| 12/17/2020 | $3,277.84 | Post | 11/1/20 | 6/1/20 | $1,638.92 | $1,638.92 | $1,638.92 | | $1,638.92 | | | | $0.00 | $6,250.97 | | | | $3,592.15 | $19,171.05 | |
| | | Post | 12/1/20 | 7/1/20 | $1,638.92 | -$1,638.92 | | $1,638.92 | $0.00 | | | | $0.00 | $6,250.97 | | | | $3,592.15 | $19,171.05 | |
| 1/15/2021 | $594.75 | Pre | | | | $594.75 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $594.75 | $4,186.90 | $19,765.80 | |
| | | | Contractual applied | 8/1/20 | | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | 2/1/2017 | | $1,557.89 | $2,629.01 | $19,765.80 | $387.53 |
| 2/4/2021 | $1,638.92 | Post | 1/1/21 | 9/1/20 | $1,638.92 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $2,629.01 | $19,765.80 | |
| 2/11/2021 | $594.75 | Pre | | | | $594.75 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $594.75 | $3,223.76 | $20,360.55 | |
| 3/10/2021 | $1,638.92 | Post | 2/1/21 | 10/1/20 | $1,638.92 | $0.00 | | | $0.00 | | | | $0.00 | $6,250.97 | | | | $3,223.76 | $20,360.55 | |
| 4/6/2021 | $1,189.50 | Pre | | | | $1,189.50 | | | $0.00 | | | | $0.00 | $6,250.97 | | | $1,189.50 | $4,413.26 | $21,550.05 | |
| 4/7/2021 | | Escrow | | | | | | | $0.00 | | | | $0.00 | $6,250.97 | | | $2,357.55 | $2,055.71 | $21,550.05 | $2,357.55 |
| 4/12/2021 | $1,638.92 | Post | | | $1,638.92 | $1,638.92 | $1,638.92 | | $1,638.92 | | | | $0.00 | $6,250.97 | | | | $2,055.71 | $21,550.05 | |
| 5/19/2021 | $1,720.06 | Post | 3/1/21 | 11/1/20 | $1,679.49 | $40.57 | $40.57 | | $1,679.49 | | | | $0.00 | $6,250.97 | | | | $2,055.71 | $21,550.05 | |
| 6/2/2021 | | Pre | | | | $0.00 | | | $1,679.49 | | | | $0.00 | $6,250.97 | | | $594.75 | $2,650.46 | $22,144.80 | |
| 6/30/2021 | $1,679.49 | Post | 4/1/21 | 12/1/20 | $1,679.49 | $0.00 | | | $1,679.49 | | | | $0.00 | $6,250.97 | | | | $2,650.46 | $22,144.80 | |
| 7/7/2021 | | Pre | | | | $0.00 | | | $1,679.49 | | | | $0.00 | $6,250.97 | | | $594.75 | $3,245.21 | $22,739.55 | |
| 7/8/2021 | | | | 1/1/21 | | $0.00 | | | $1,679.49 | | | | $0.00 | $6,250.97 | 3/1/2017 | | $1,467.16 | $1,778.05 | $22,739.55 | $367.53 |
| 7/30/2021 | $1,679.49 | Post | 5/1/21 | 2/1/21 | $1,679.49 | $0.00 | | | $1,679.49 | | | | $0.00 | $6,250.97 | | | | $1,778.05 | $22,739.55 | |
| 8/4/2021 | | Pre | | | | $0.00 | | | $1,679.49 | | | | $0.00 | $6,250.97 | | | $594.75 | $2,372.80 | $23,334.30 | |
| 9/7/2021 | | Pre | | | | $0.00 | | | $1,679.49 | | | | $0.00 | $6,250.97 | | | $1,784.25 | $4,157.05 | $25,118.55 | |
| 9/7/2021 | $1,677.28 | Post | 6/1/21 | 3/1/21 | $1,679.49 | -$2.21 | | $2.21 | $1,677.28 | | | | $0.00 | $6,250.97 | 4/1/2017 | | $1,467.16 | $2,689.89 | $25,118.55 | $367.53 |
| 9/8/2021 | | Pre | | | | $0.00 | | | $1,677.28 | | | | $0.00 | $6,250.97 | | | | $2,689.89 | $25,118.55 | |
| 10/6/2021 | $1,677.28 | Post | 7/1/21 | 5/1/21 | $1,679.49 | -$2.21 | | $2.21 | $1,675.07 | | | | $0.00 | $6,250.97 | | | $593.12 | $3,283.01 | $25,711.67 | |
| 11/2/2021 | | Pre | | | | $0.00 | | | $1,675.07 | | | | $0.00 | $6,250.97 | | | | $3,283.01 | $25,711.67 | |
| 11/3/2021 | | Pre | Pre | 6/1/21 | | $0.00 | | | $1,675.07 | | | | $0.00 | $6,250.97 | 5/1/2017 | | $1,467.16 | $1,815.85 | $25,711.67 | $367.53 |
| 11/15/2021 | $1,677.28 | Post | 8/1/21 | 7/1/21 | $1,679.49 | -$2.21 | | $2.21 | $1,672.86 | | | | $0.00 | $6,250.97 | | | | $1,815.85 | $25,711.67 | |
| 12/6/2021 | $1,677.28 | Post | 9/1/21 | 8/1/21 | $1,679.49 | -$2.21 | | $2.21 | $1,670.65 | | | | $0.00 | $6,250.97 | | | | $1,815.85 | $25,711.67 | |
| 12/14/2021 | | Pre | | | | $0.00 | | | $1,670.65 | | | | $0.00 | $6,250.97 | | | $253.99 | $2,069.84 | $25,965.66 | |
| 1/24/2022 | $1,677.28 | Post | 10/1/21 | 9/1/21 | $1,679.49 | -$2.21 | | $2.21 | $1,668.44 | | | | $0.00 | $6,250.97 | | | | $2,069.84 | $25,965.66 | |
| 1/28/2022 | | Pre | Pre | 10/1/21 | | $0.00 | | | $1,668.44 | | | | $0.00 | $6,250.97 | 6/1/2017 | | $1,467.16 | $602.68 | $25,965.66 | $367.53 |
| 3/1/2022 | $1,679.49 | Post | 11/1/21 | 11/1/21 | $1,679.49 | $0.00 | | | $1,668.44 | | | | $0.00 | $6,250.97 | | | | $602.68 | $25,965.66 | |
| 3/18/2022 | | Reversal | | | | $0.00 | | | $1,668.44 | | | | $0.00 | $6,250.97 | | | -$1,499.52 | $2,102.20 | $25,965.66 | -$1,499.52 |
| 3/18/2022 | | Late Fee | | | | $0.00 | | | $1,668.44 | | | | $0.00 | $6,250.97 | | | $293.27 | $1,808.93 | $25,965.66 | |
| 3/18/2022 | | Corporate Adv | | | | $0.00 | | | $1,668.44 | | | | $0.00 | $6,250.97 | | | | $1,808.93 | $0.00 | $25,965.66 | |

| Date | Amount | Type | Due Date | Post Date | Payment | Balance | Applied | Running | | Col A | Col B | | Col C | Col D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/2022 | $1,679.49 | Post | 12/1/21 | 12/1/21 | $1,679.49 | $0.00 | | $1,668.44 | | $0.00 | $6,250.97 | | $0.00 | $25,965.66 |
| 5/5/2022 | $4,807.97 | Post | 1/1/22 | 1/1/22 | $1,679.49 | $3,128.48 | $3,128.48 | $4,796.92 | | $0.00 | $6,250.97 | | $0.00 | $25,965.66 |
| | | | 2/1/22 | 2/1/22 | $1,679.49 | -$1,679.49 | | $3,117.43 | | $0.00 | $6,250.97 | | $0.00 | $25,965.66 |
| | | | 3/1/22 | 3/1/22 | $1,679.49 | -$1,679.49 | $1,679.49 | $3,437.94 | | $0.00 | $6,250.97 | | $0.00 | $25,965.66 |
| 6/13/2022 | $1,679.49 | Post | 4/1/22 | 4/1/22 | $1,736.05 | -$56.56 | $56.56 | $1,381.38 | | $0.00 | $6,250.97 | | $0.00 | $25,965.66 |
| 7/22/2022 | $1,736.05 | Post | 5/1/22 | 5/1/22 | $1,736.05 | $0.00 | | $1,381.38 | | $0.00 | $6,250.97 | | $0.00 | $25,965.66 |
| POST DUE | | | 6/1/22 | | $1,736.05 | -$1,736.05 | | $1,381.38 | | $0.00 | $6,250.97 | | $0.00 | $25,965.66 |
| | | | 7/1/22 | | $1,736.05 | -$1,736.05 | | $1,381.38 | | $0.00 | $6,250.97 | | $0.00 | $25,965.66 |

(Table continues with repeating rows: $0.00 | $1,381.38 | | $0.00 | $6,250.97 | | $0.00 | $25,965.66)

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | $1,381.38 | | | $0.00 | $6,250.97 | | | $0.00 | $25,965.66 |

(Row above repeats identically for approximately 80 rows.)